WILLIE LANGLEY v. HOME SECURITY LIFE INSURANCE COMPANY.

(Filed 4 March, 1931.)

APPEAL by plaintiff from *Devin, J.,* at January Term, 1931, of PITT. Civil action to recover on a contract of insurance.

From a judgment of nonsuit the plaintiff appeals, assigning errors.

*P. R. Hines for plaintiff.*
*No counsel appearing for defendant.*

PER CURIAM. It appears from plaintiff's own testimony that the policy in suit lapsed from the nonpayment of premiums long before the institution of the present action. The judgment of nonsuit is correct.

Affirmed.